# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 29, 2024

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Jessica G. L. Clarke, U.S.D.J.
Thurgood Marshall United States Courthouse
500 Pearl Street, Courtroom 20C
New York, NY 10007-1312

      *Re:*    **Jobar Holding Corp.,** *et al.* **v. Halio**
            <u>**Case No.: 1:23-cv-11217 (JGLC) (GS)**</u>

Dear Judge Clarke:

    This firm is substituting in as counsel to Defendant Dr. David Halio in the above-referenced case.

    The Defendant respectfully submits this letter to enclose a fully executed stipulation of substitution of counsel, and kindly requests that this Court "so Order" the stipulation.

    The Defendant thanks this Court for its time and attention to this case.

Dated:  Jamaica, New York
       February 29, 2024          Respectfully submitted,

                                **SAGE LEGAL LLC**

                                */s/ Emanuel Kataev, Esq.*
                                Emanuel Kataev, Esq.
                                18211 Jamaica Avenue
                                Jamaica, NY 11423-2327
                                (718) 412-2421 (office)
                                (917) 807-7819 (cellular)
                                (718) 489-4155 (facsimile)
                                emanuel@sagelegal.nyc

**VIA ECF**
Scarinci & Hollenbeck, LLC
<u>Attn</u>: Dan Brecher, Esq.
589 Eighth Avenue, 16th Floor
New York, NY 10018-3005

*Attorneys for Plaintiffs*