UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOBAR HOLDING CORPORATION, ROBERT BUCK,
Individually, and ROBERT BUCK, as Executor of the
Estate of JOAN BUCK, and ROBERT BUCK, individually
and ROBERT BUCK, As Executor of the Estate of JOAN
BUCK, derivatively as shareholders on behalf of JOBAR
HOLDING CORPORATION,

                         Plaintiffs,

    -against-

DAVID HALIO,

                    Defendant.
------------------------------------------------------------------X

**Case No.:**
**1:23-cv-11217 (JGLC) (GS)**

**STIPULATION OF**
**SUBSTITUTION OF**
**COUNSEL**

**IT IS HEREBY STIPULATED AND CONSENTED** that Sage Legal LLC, with offices

at 18211 Jamaica Avenue, Jamaica, NY 11423-2327, be and hereby are substituted in place and

instead of Milman Labuda Law Group PLLC, with offices at 3000 Marcus Avenue, Suite 3W8,

Lake Success, NY 11042-1073, as attorneys for the Defendant in the above-captioned case and

that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in

counterparts and a facsimile/PDF version is deemed as an original.

Dated: Jamaica, New York
      January 27, 2024

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(718) 489-4155 (facsimile)
(917) 807-7819 (cellular)
mail@emanuelkataev.com

Dated: Lake Success, New York
      January 31, 2024

**MILMAN LABUDA LAW GROUP PLLC**

By: _____
Jamie Scott Felsen, Esq.
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1391 (direct dial)
(516) 328-0082 (facsimile)
jamiefelsen@mllaborlaw.com

Dated: New York, New York
     January 29, 2024

By: _____
    Dr. David Halio

**So Ordered:**

_____
                          , U.S.____.J.

**VIA ECF**
SCARINCI & HOLLENBECK, LLC
Attn: Dan Brecher, Esq.
589 Eighth Avenue, 16th Floor
New York, NY 10018

*Attorneys for Plaintiffs*

2