UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOBAR HOLDING CORPORATION, ROBERT BUCK,
Individually, and ROBERT BUCK, as Executor of the
Estate of JOAN BUCK, and ROBERT BUCK, individually
and ROBERT BUCK, As Executor of the Estate of JOAN
BUCK, derivatively as shareholders on behalf of JOBAR
HOLDING CORPORATION,

                               Plaintiffs,

    -against-

DAVID HALIO,

                               Defendant.
------------------------------------------------------------------------X

**Case No.:**
**1:23-cv-11217 (JGLC) (GS)**

**DECLARATION OF EMANUEL
KATAEV, ESQ. IN SUPPORT OF
MOTION FOR SANCTIONS**

      **EMANUEL KATAEV, ESQ.,** an attorney duly admitted to practice law before the Courts of the State of New York and before this Court declares the following to be true under the penalties of perjury:

      1.    I am a member of Sage Legal LLC, counsel for Defendant Dr. David Halio (hereinafter "Dr. Halio" or the "Defendant") in the above-captioned case. As such, I am familiar with all of the facts and circumstances heretofore had herein.

      2.    I make this declaration in support of Defendant's motion pursuant to Rule 11 of the Federal Rule of Civil Procedure (hereinafter referred to as "Rules" or "Rule"), 28 U.S.C. § 1927, and this Court's inherent power for sanctions against Plaintiffs and their counsel.

      3.    Annexed hereto as **Exhibit "A"** is a copy of the Rule 11 safe harbor letter, notice of motion, and memorandum of law that was served upon Plaintiff's counsel on April 12, 2024 via certified mail.

      4.    Annexed hereto as **Exhibit "B"** is a copy of the certified mail receipt.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 12, 2024.

                */s/ Emanuel Kataev, Esq.*
                Emanuel Kataev, Esq.

**VIA CERTIFIED MAIL & ECF**
Scarinci & Hollenbeck, LLC
Attn: Daniel S. Brecher, Esq.
519 Eighth Avenue, 25th Floor
New York, NY 10018
(212) 286-0747 (office)
(917) 861-5057 (cellular)
(212) 808-4155 (facsimile)
dbrecher@sh-law.com

*Attorneys for Plaintiffs*

# EXHIBIT A

# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 12, 2024

**VIA CERTIFIED MAIL**
Scarinci & Hollenbeck, LLC
<u>Attn</u>: Dan Brecher, Esq.
519 Eighth Avenue, 25th Floor
New York, NY 10018

  *Re:* **Jobar Holding Corp.,** *et al.* **v. Halio**
    **Case No.: 1:23-cv-11217 (JGLC) (GS)**

Dear Mr. Brecher:

  As you know, I represent Defendant Dr. David Halio ("Dr. Halio") in the above-captioned case. We have reviewed the pleadings and your memorandum of law in opposition to Dr. Halio's motion to dismiss that you filed with the court on March 28, 2024. As explained further in the enclosed Defendant's motions for sanctions, which we have not yet filed, the the pleadings and your memorandum of law in opposition to Dr. Halio's motion to dismiss violate Rule 11 of the Federal Rules of Civil Procedure because there is no basis to state a claim under the Racketeer Influenced and Corrupt Organizations Act ("RICO").

  Pursuant to the safe harbor provision under Rule 11, <u>see</u> Fed. R. Civ. P. 11(c)(2), we send this letter to provide you with the opportunity to withdraw the complaint with prejudice and remedy the Rule 11 violation within twenty-one (21) days. If you do not so withdraw the complaint within this period, we will file the enclosed motion for sanctions with the court.

  If you have any questions or concerns, please do not hesitate to contact me directly at your convenience.

Dated: Jamaica, New York
   April 12, 2024        Respectfully submitted,

                **SAGE LEGAL LLC**
                */s/ Emanuel Kataev, Esq.*
                Emanuel Kataev, Esq.
                18211 Jamaica Avenue
                Jamaica, NY 11423-2327
                (718) 412-2421 (office)
                (917) 807-7819 (cellular)
                (718) 489-4155 (facsimile)
                mail@emanuelkataev.com

                *Attorneys for Defendant*
                *David Halio*

Enclosures:
Notice of motion for sanctions with memorandum of law in support.

# EXHIBIT B

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $4.40
$ $0.00    0241
                  26
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00       Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $2.59
$
04/12/2024
Total Postage and Fees
$
Sent To  Sacani & Hollenbeck, LLC, Attn: Daniel S. Bachers
Street and Apt. No., or PO Box No. 39 Eighth Avenue, 75th Floor
City, State, ZIP+4® New York, NY 10018

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions