# EXHIBIT D

**TURMAN & EISNER LLP, CPA'S**
1980 BROADCAST PLAZA
MERRICK, NEW YORK 11566
(516) 868-4877

MEMO

TO: DATE:

SUBJECT:

Robert,

Enclosed are the amended K-1's for 2014.

I hope to have the K-1's for 2016 by the end of the year.

— Eisner

671114

| Schedule K-1 (Form 1120S) | 2014 | ☐ Final K-1  ☒ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service
For calendar year 2014, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
13-1897288

**B** Corporation's name, address, city, state, and ZIP code
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

**C** IRS Center where corporation filed return
CINCINNATI, OH

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
███-██6834

**E** Shareholder's name, address, city, state and ZIP code
ESTATE OF JOAN BUCK
C/O R. BUCK- 200 CENTRAL PARK SOUTH
NEW YORK, NY 10019

**F** Shareholder's percentage of stock ownership for tax year ......... 30.000000%

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -69. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 8. | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | | |
| | | | 17 | Other Information | |
| | | | A | | 8. |

For IRS Use Only

*See attached statement for additional information.

411271 11-19-14  JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2014

15

671

**Schedule K-1 (Form 1120S)** 2014
Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____ ending _____

Shareholder's Share of Income, Deductions, Credits, etc. ▶ See separate instructions.

☐ Final K-1  ☐ Amended K-1  OMB No. 1545-

**Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

### Part I  Information About the Corporation

A Corporation's employer identification number
13-1897288

B Corporation's name, address, city, state, and ZIP code
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

C IRS Center where corporation filed return
E-FILE

### Part II  Information About the Shareholder

D Shareholder's identifying number
XXX-XX-6834

E Shareholder's name, address, city, state and ZIP code
ESTATE OF JOAN BUCK
C/O R. BUCK- 200 CENTRAL PARK SOUTH
NEW YORK, NY 10019

F Shareholder's percentage of stock ownership for tax year ............ 30.000000%

| Box | Item | Amount |
|---|---|---|
| 1 | Ordinary business income (loss) | -69. |
| 2 | Net rental real estate inc (loss) | |
| 3 | Other net rental income (loss) | |
| 4 | Interest income | 8. |
| 5a | Ordinary dividends | |
| 5b | Qualified dividends | |
| 6 | Royalties | |
| 7 | Net short-term capital gain (loss) | |
| 8a | Net long-term capital gain (loss) | |
| 8b | Collectibles (28%) gain (loss) | |
| 8c | Unrecaptured sec 1250 gain | |
| 9 | Net section 1231 gain (loss) | |
| 10 | Other income (loss) | |
| 11 | Section 179 deduction | |
| 12 | Other deductions | |
| 13 | Credits | |
| 14 | Foreign transactions | |
| 15 | Alternative min tax (AMT) items | |
| 16 | Items affecting shareholder basis | 390,021. |
| 17 | Other information | 8. |

*See attached statement for additional information

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.  IRS.gov/form1120s  Schedule K-1 (For
JWA
13

| Schedule K-1 (Form 1120S) | 2014 | ☐ Final K-1   ☒ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part I — Information About the Corporation

**A** Corporation's employer identification number
13-1897288

**B** Corporation's name, address, city, state, and ZIP code
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

**C** IRS Center where corporation filed return
CINCINNATI, OH

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
###-##-6509

**E** Shareholder's name, address, city, state and ZIP code
ROBERT BUCK
200 CENTRAL PARK SOUTH APT 6Q
NEW YORK, NY 10019

**F** Shareholder's percentage of stock ownership for tax year .............. 8.000000%

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | Value | # | Item | Value |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -18. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 2. | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | | |
| | | | 17 | Other information | A  2. |

*See attached statement for additional information.

411271
11-19-14   JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2014

10                                                                                                                                 1

671114

| Schedule K-1 (Form 1120S) | | 2014 | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

**Part III Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

### Part I — Information About the Corporation

A  Corporation's employer identification number
13-1897288

B  Corporation's name, address, city, state, and ZIP code
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

C  IRS Center where corporation filed return
E-FILE

### Part II — Information About the Shareholder

D  Shareholder's identifying number
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

E  Shareholder's name, address, city, state and ZIP code
BARBARA HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

F  Shareholder's percentage of stock ownership for tax year ............ 6.000000%

| # | Item | Value | # | Item | Value |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -14. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 2. | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis  D  76,004. | |
| 12 | Other deductions | | | | |
| | | | 17 | Other information  A  2. | |

See attached statement for additional information.

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    IRS.gov/form1120s    Schedule K-1 (Form 1120S) 2014

15

4