

**SCARINCI | HOLLENBECK**
— ATTORNEYS AT LAW —

519 8TH AVENUE, 25TH FLOOR
NEW YORK, NY 10018
sh-law.com

**DAN BRECHER | Counsel**
dbrecher@sh-law.com
Phone: 212-286-0747
Cell: 917-861-5057
Facsimile: 212-808-4155

**VIA ECF**
Hon. Jessica G. L. Clarke, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20C
New York, New York 10007-1312

August 21, 2024

Re: Case No. 1:23-cv-11217(JGLC)(GS)
   Jobar Holding Corporation, *et al.* v David Halio

Dear Judge Clarke:

I write to request, in accord with ECF Rule 21.8, that I be permitted to replace Exhibits C and D to the filing of Doc No. 28, which inadvertently contained the unredacted EIN number for the defunct Jobar Holding Corporation. The Exhibits also contain social security numbers for individuals, but those were redacted to exclude all but the last four numbers.

I requested sealing of the Exhibits C and D by the Clerk's office as I go through the process of replacing the two exhibits with the Jobar Holding Corporation EIN number similarly redacted, upon your approval of that process, which is respectfully requested by this letter.

Respectfully submitted.

SCARINCI & HOLLENBECK LLC
By: /s/Dan Brecher. Esq.
Dan Brecher, Esq.
519 Eighth Avenue 25th Floor
New York, New York 10018
212-286-0747 (office)
917-861-5057 (cellular)
212-808-4155 (facsimile)
dbrecher@sh-law.com

VIA ECF TO:
SAGE LEGAL LLC