RECEIVED NYSCEF: 08/14/2024

# EXHIBIT C

# Form 1120S

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s

OMB No. 1545-0130

**2013**

Department of the Treasury
Internal Revenue Service

EXTENSION GRANTED TO 09/15/14

**COPY**

For calendar year 2013 or tax year beginning _____ , and ending _____

| | | |
|---|---|---|
| A S election effective date 06/01/1987 | Name JOBAR HOLDING CORP. C/O B. HALIO | D Employer identification number ██-███288 |
| B Business activity code number (see instructions) 531110 | Number, street, and room or suite no. If a P.O. box, see instructions. 257 FOXHURST ROAD | E Date incorporated 03/27/1958 |
| C Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code OCEANSIDE, NY 11572 | F Total assets (see instructions) $ 1,303,819. |

G Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes  ☒ No   If "Yes," attach Form 2553 if not already filed

H Check if: (1) ☐ Final return  (2) ☐ Name change  (3) ☐ Address change  (4) ☐ Amended return  (5) ☐ S election termination or revocation

I Enter the number of shareholders who were shareholders during any part of the tax year ▶ 11

**Caution:** Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

### Income

| | | | | | |
|---|---|---|---|---|---|
| 1a | Gross receipts or sales | | b Returns and allowances | c Bal. Subtract line 1b from line 1a ▶ | 1c |
| 2 | Cost of goods sold (attach Form 1125-A) | | | | 2 |
| 3 | Gross profit. Subtract line 2 from line 1c | | | | 3 |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | | 4 |
| 5 | Other income (loss) (attach statement) | | | | 5 |
| 6 | **Total income (loss).** Add lines 3 through 5 | | | ▶ | 6 |

### Deductions (See instructions for limitations)

| | | | | |
|---|---|---|---|---|
| 7 | Compensation of officers (see instructions - attach Form 1125-E) | | | 7 |
| 8 | Salaries and wages (less employment credits) | | | 8 |
| 9 | Repairs and maintenance | | | 9 |
| 10 | Bad debts | | | 10 |
| 11 | Rents | | | 11 |
| 12 | Taxes and licenses | STATEMENT 1 | | 12 | 100. |
| 13 | Interest | | | 13 |
| 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | | 14 |
| 15 | Depletion. (Do not deduct oil and gas depletion.) | | | 15 |
| 16 | Advertising | | | 16 |
| 17 | Pension, profit-sharing, etc., plans | | | 17 |
| 18 | Employee benefit programs | | | 18 |
| 19 | Other deductions (attach statement) | STATEMENT 2 | | 19 | 2,540. |
| 20 | **Total deductions.** Add lines 7 through 19 | | ▶ | 20 | 2,640. |
| 21 | Ordinary business income (loss). Subtract line 20 from line 6 | | | 21 | -2,640. |

### Tax and Payments

| | | | | | |
|---|---|---|---|---|---|
| 22a | Excess net passive income or LIFO recapture tax (see instructions) | | 22a | | |
| b | Tax from Schedule D (Form 1120S) | | 22b | | |
| c | Add lines 22a and 22b | | | | 22c |
| 23a | 2013 estimated tax payments and 2012 overpayment credited to 2013 | | 23a | | |
| b | Tax deposited with Form 7004 | | 23b | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | | 23c | | |
| d | Add lines 23a through 23c | | | | 23d |
| 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached | | | ☐ | 24 |
| 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | | 25 |
| 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | | 26 |
| 27 | Enter amount from line 26 Credited to 2014 estimated tax | | | Refunded ▶ | 27 |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title ▶ **PRESIDENT**

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

### Paid Preparer Use Only

| | | |
|---|---|---|
| Print/Type preparer's name MARTIN S TURMAN, CPA | Preparer's signature | Date _____ Check ☐ if self-employed  PTIN ███████957 |
| Firm's name ▶ TURMAN & EIMER LLP, CPA'S | | Firm's EIN ▶ ██-███733 |
| Firm's address ▶ 1980 BROADCAST PLAZA MERRICK, NY 11566 | | Phone no. 516-868-4877 |

JWA
31170 12-18-13

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2013)

JOBAR000226

Form 1120S (2013)  JOBAR HOLDING CORP. C/O B. HALIO  ██-████288  Page 2

## Schedule B   Other Information   (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 Check accounting method: (a) ☐ Cash  (b) ☒ Accrual  (c) ☐ Other (specify) ▶ _____ | | | |

2 See the instructions and enter the:

(a) Business activity ▶ INVESTMENTS      (b) Product or service ▶ INVESTMENTS

| | | Yes | No |
|---|---|---|---|
| 3 At any time during the tax year, was any shareholder in the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | X |
| 4 At the end of the tax year, did the corporation: | | | |
| a Own directly 20% or more, or own directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Voting Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | Yes | No |
|---|---|---|
| b Own directly an interest of 20% or more, or own directly or indirectly an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below: | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | | X |
| If "yes" complete lines (i) and (ii) below | | | |
| (i) Total shares of restricted stock | ▶ _____ | | |
| (ii) Total shares of non-restricted stock | ▶ _____ | | |
| b At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | | X |
| If "yes" complete lines (i) and (ii) below | | | |
| (i) Total shares of stock outstanding at the end of the tax year | ▶ _____ | | |
| (ii) Total shares of stock outstanding if all instruments were executed | ▶ _____ | | |
| 6 Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? | | | X |
| 7 Check this box if the corporation issued publicly offered debt instruments with original issue discount | ▶ ☐ | | |
| If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | | |
| 8 If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years | ▶ $ _____ | | |
| 9 Enter the accumulated earnings and profits of the corporation at the end of the tax year | ▶ $ _____ | | |
| 10 Does the corporation satisfy both of the following conditions? | | | |
| a The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | | |
| b The corporation's total assets at the end of the tax year were less than $250,000 | | | |
| If "Yes," the corporation is not required to complete Schedules L and M-1 | | | X |
| 11 During the tax year, did the corporation have any non-shareholder debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| If "Yes," enter the amount of principal reduction | $ _____ | | |
| 12 During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| 13a Did the corporation make any payments in 2013 that would require it to file Form(s) 1099 (see instructions)? | | | X |
| b If "Yes," did the corporation file or will it file all required Forms 1099? | | | |

31177 1
12-16-13   JWA

Form 1120S (2013)

2

JOBAR000227

NYSCEF DOC. NO. 62

RECEIVED NYSCEF: 08/14/2024
RECEIVED NYSCEF: 12/15/2017

Form 1120S (2013)        JOBAR HOLDING CORP. C/O B. HALIO                          288   Page 3

| | Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) | 1 | -2,640. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) | 3a | |
| | b | Expenses from other rental activities (attach statement) | 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Interest income .......... STATEMENT 3 | 4 | 830. |
| | 5 | Dividends: a Ordinary dividends | 5a | |
| | | b Qualified dividends | 5b | |
| | 6 | Royalties | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b | Collectibles (28%) gain (loss) | 8b | |
| | c | Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 | Other income (loss)   Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) | 11 | |
| | 12a | Charitable contributions | 12a | |
| | b | Investment interest expense | 12b | |
| | c | Section 59(e)(2) expenditures   (1) Type ▶ | 12c(2) | |
| | | (2) Amount ▶ | | |
| | d | Other deductions (see instructions) Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) | 13a | |
| | b | Low-income housing credit (other) | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 13d | |
| | e | Other rental credits (see instructions) Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) | 13f | |
| | g | Other credits (see instructions) Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 14b | |
| | c | Gross income sourced at shareholder level | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Passive category | 14d | |
| | e | General category | 14e | |
| | f | Other (attach statement ) | 14f | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | g | Interest expense | 14g | |
| | h | Other | 14h | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i | Passive category | 14i | |
| | j | General category | 14j | |
| | k | Other (attach statement) | 14k | |
| | | Other information | | |
| | l | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 14l | |
| | m | Reduction in taxes available for credit (attach statement) | 14m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a | Post-1986 depreciation adjustment | 15a | |
| | b | Adjusted gain or loss | 15b | |
| | c | Depletion (other than oil and gas) | 15c | |
| | d | Oil, gas, and geothermal properties - gross income | 15d | |
| | e | Oil, gas, and geothermal properties - deductions | 15e | |
| | f | Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a | Tax-exempt interest income | 16a | |
| | b | Other tax-exempt income | 16b | |
| | c | Nondeductible expenses | 16c | |
| | d | Distributions (attach statement if required) | 16d | |
| | e | Repayment of loans from shareholders | 16e | |

31172  12-18-13  JWA

3

Form **1120S** (2013)

JOBAR000228

Form 1120S (2013)  **JOBAR HOLDING CORP. C/O B. HALIO**  ██-███288  Page 4

### Schedule K  Shareholders' Pro Rata Share Items (continued)

| Other Information | | | Total amount |
|---|---|---|---|
| 17a Investment income | | 17a | |
| b Investment expenses | | 17b | 830. |
| c Dividend distributions paid from accumulated earnings and profits | | 17b | |
| d Other items and amounts (attach statement) | | 17c | |

| Reconciliation | | | |
|---|---|---|---|
| 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14 | | 18 | -1,810. |

### Schedule L  Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 630,650. | | 162,844. |
| 2 a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 4 | 674,979. | | 1,140,975. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgages and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 1,305,629. | | 1,303,819. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 73,076. | | 73,076. |
| 23 | Additional paid-in capital | | 47,730. | | 47,730. |
| 24 | Retained earnings | STATEMENT 5 | 1,184,823. | | 1,183,013. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,305,629. | | 1,303,819. |

JWA

Form **1120S** (2013)

31173
11-18-13

4

JOBAR000229

Form 1120S (2013)  JOBAR HOLDING CORP. C/O B. HALIO  ##-####288  Page 5

## Schedule M-1  Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more - see instructions

| | | |
|---|---|---|
| 1 Net income (loss) per books | -1,810. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9 and 10, not recorded on books this year (itemize): | | a Tax-exempt interest $ |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): |
| a Depreciation $ | | a Depreciation $ |
| b Travel and entertainment $ | | 7 Add lines 5 and 6 |
| 4 Add lines 1 through 3 | -1,810. | 8 Income (loss) (Schedule K, line 18). Line 4 less line 7 | -1,810. |

## Schedule M-2  Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 1,184,823. | | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions  STATEMENT 6 | 830. | | |
| 4 Loss from page 1, line 21 | ( 2,640 ) | | |
| 5 Other reductions | ( ) | ( ) | |
| 6 Combine lines 1 through 5 | 1,183,013. | | |
| 7 Distributions other than dividend distributions | | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | 1,183,013. | | |

JWA

Form 1120S (2013)

311732
12-18-13

JOBAR000230

| SCHEDULE B-1<br>(Form 1120S)<br><br>(December 2013)<br>Department of the Treasury<br>Internal Revenue Service | Information on Certain Shareholders of an S Corporation<br><br>▶ Attach to Form 1120S.<br>▶ Information about Schedule B-1 (Form 1120S) and its instructions is at www.irs.gov/form1120s. | OMB No. 1545-0130 |
|---|---|---|

Name of corporation

**JOBAR HOLDING CORP.**
**C/O B. HALIO**

Employer identification number

■■ – ■■■■288

**Information on Any Shareholder That Was a Disregarded Entity, a Trust, an Estate, or a Nominee or Similar Person at Any Time During the Tax Year** (Form 1120S, Schedule B, Question 3)

| (a)<br>Name of Shareholder of Record - Disregarded Entity,<br>Trust, Estate, Nominee or Similar Person | (b)<br>Social Security Number (SSN)<br>or Employer Identification<br>Number (EIN) (if any) of<br>Shareholder of Record | (c)<br>Type of Shareholder<br>of Record | (d)<br>Name and SSN or EIN (if any) of Individual or<br>Entity Responsible for Reporting Shareholder's<br>Income, Deductions, Credits, etc., From<br>Schedule K-1 |
|---|---|---|---|
| ESTATE OF JOAN BUCK | ■■ – ■■■834 | ESTATE | ESTATE OF JOAN BUCK<br>■■ – ■■■834 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

JWA     **For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.**

Schedule B-1 (Form 1120S) (12-2013)

21381*
12-26-13

6

JOBAR000231

JOBAR HOLDING CORP. C/O B. HALIO

**█-█████288**

| FORM 1120S | TAXES AND LICENSES | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NEW YORK TAXES - BASED ON INCOME | 50. |
| NEW YORK CITY TAXES - BASED ON INCOME | 50. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 100. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BANK CHARGES | 40. |
| PROFESSIONAL FEES | 2,500. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 19 | 2,540. |

| SCHEDULE K | INTEREST INCOME | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CHASE | 830. |
| TOTAL TO SCHEDULE K, LINE 4 | 830. |

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| LOANS AND EXCHANGES | 674,979. | 1,140,975. |
| TOTAL TO SCHEDULE L, LINE 6 | 674,979. | 1,140,975. |

7

STATEMENT(S) 1, 2, 3, 4

JOBAR000232

RECEIVED NYSCEF: 08/14/2024
RECEIVED NYSCEF: 12/15/2017

JOBAR HOLDING CORP. C/O B. HALIO

**-  288**

| SCHEDULE L | ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS | STATEMENT | 5 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | |
| NET INCOME PER BOOKS | 1,184,823. |
| DISTRIBUTIONS | -1,810. |
| OTHER INCREASES (DECREASES) | 0. |
| | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | 1,183,013. |

| SCHEDULE M-2 | ACCUMULATED ADJUSTMENTS ACCOUNT - OTHER ADDITIONS | STATEMENT | 6 |
|---|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PORTFOLIO INTEREST INCOME | 830. |
| TOTAL TO SCHEDULE M-2, LINE 3 - COLUMN (A) | 830. |

8

JOBAR000233

**Form 1120S**

## U.S. Income Tax Return for an S Corporation

▶ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
▶ Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0123

Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014 or tax year beginning **EXTENSION GRANTED TO 09/1_/1_** , and ending

| | |
|---|---|
| A S election effective date **06/01/1987** | I Name **JOBAR HOLDING CORP.** C/O B. HALIO |
| B Business activity code number (see instructions) **531110** | Number, street, and room or suite no. If a P.O. box, see instructions. **257 FOXHURST ROAD** |
| C Check if Sch. M-3 attached | City or town, state or province, country, and ZIP or foreign postal code **OCEANSIDE, NY 11572** |

D Employer identification number **_-____288**
E Date incorporated **03/27/1958**
F Total assets (see instructions) $ **3,548.**

G Is the corporation electing to be an S corporation beginning with this tax year? ___ Yes **X** No If "Yes," attach Form 2553 if not already filed
H Check if: (1) ___ Final return (2) ___ Name change (3) ___ Address change (4) ___ Amended return (5) ___ S election termination or revocation
I Enter the number of shareholders who were shareholders during any part of the tax year ▶ **11**

Caution: Include only trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | 1 a | Gross receipts or sales | | 1a |
| | b | Returns and allowances | | |
| | c | Bal. Subtract line 1b from line 1a ▶ | 1c | |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (attach statement) | 5 | |
| | 6 | Total income (loss). Add lines 3 through 5 ▶ | 6 | |
| **Deductions (See instructions for limitations)** | 7 | Compensation of officers (see instrs.- attach Form 1125-E) | 7 | |
| | 8 | Salaries and wages (less employment credits) | 8 | |
| | 9 | Repairs and maintenance | 9 | |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | |
| | 12 | Taxes and licenses STATEMENT 1 | 12 | 50. |
| | 13 | Interest | 13 | |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| | 15 | Depletion (Do not deduct oil and gas depletion.) | 15 | |
| | 16 | Advertising | 16 | |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Other deductions (attach statement) STATEMENT 2 | 19 | 180. |
| | 20 | Total deductions. Add lines 7 through 19 ▶ | 20 | 230. |
| | 21 | Ordinary business income (loss). Subtract line 20 from line 6 | 21 | -230. |
| **Tax and Payments** | 22 a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| | b | Tax from Schedule D (Form 1120S) | 22b | |
| | c | Add lines 22a and 22b | 22c | |
| | 23 a | 2014 estimated tax payments and 2013 overpayment credited to 2014 | 23a | |
| | b | Tax deposited with Form 7004 | 23b | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| | d | Add lines 23a through 23c | 23d | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ___ | 24 | |
| | 25 | Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| | 26 | Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 | Enter amount from line 26 Credited to 2015 estimated tax _____ Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____  Date _____  Title **PRESIDENT**
Signature of officer

May the IRS discuss this return with the preparer shown below (see instr.)? **X** Yes ___ No

| Paid Preparer Use Only | Print/Type preparer's name **MARTIN S TURMAN, CPA** | Preparer's signature | Date | Check ___ if self-employed | PTIN ****957 |
|---|---|---|---|---|---|
| | Firm's name ▶ **TURMAN & EIMER LLP, CPA'S** | | | Firm's EIN ▶ **_-____33** | |
| | Firm's address ▶ **1980 BROADCAST PLAZA MERRICK, NY 11566** | | | Phone no. **516-868-4877** | |

JWA For Paperwork Reduction Act Notice, see separate instructions.
4117G1
12-22-14

Form **1120S** (2014)

JOBAR000256

Form 1120S (2014)  JOBAR HOLDING CORP. C/O B. HALIO    ██-███288  Page **2**

| Schedule B | Other Information *(see instructions)* | | | | | Yes | No |
|---|---|---|---|---|---|---|---|
| 1 | Check accounting method: (a) ☐ Cash (b) ☒ Accrual (c) ☐ Other (specify) ▶ | | | | | | |
| 2 | See the instructions and enter the: | | | | | | |
| | (a) Business activity ▶ INVESTMENTS | | | (b) Product or service ▶ INVESTMENTS | | | |
| 3 | At any time during the tax year, was any shareholder in the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | | | | | X |
| 4 | At the end of the tax year, did the corporation: | | | | | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | | | | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Voting Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | | | | Yes | No |
|---|---|---|---|---|---|---|---|
| b | Own directly an interest of 20% or more, or own directly or indirectly an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below. | | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | | | X |
| | If "Yes" complete lines (i) and (ii) below | | | | |
| | (i) Total shares of restricted stock ▶ | | | | |
| | (ii) Total shares of non-restricted stock ▶ | | | | |
| b | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | | | X |
| | If "Yes" complete lines (i) and (ii) below | | | | |
| | (i) Total shares of stock outstanding at the end of the tax year ▶ | | | | |
| | (ii) Total shares of stock outstanding if all instruments were executed ▶ | | | | |
| 6 | Has this corporation filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? | | | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ▶ ☐ | | | | |
| | If checked, the corporation may have to file Form 8281, Information Return for Publicly Offered Original Issue Discount Instruments. | | | | |
| 8 | If the corporation: (a) was a C corporation before it elected to be an S corporation or the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation and (b) has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ▶ $ | | | | |
| 9 | Enter the accumulated earnings and profits of the corporation at the end of the tax year ▶ $ | | | | |
| 10 | Does the corporation satisfy both of the following conditions? | | | | |
| a | The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | | | |
| b | The corporation's total assets at the end of the tax year were less than $250,000 | | | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1 | | | | X |
| 11 | During the tax year, did the corporation have any non-shareholder debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | | X |
| | If "Yes," enter the amount of principal reduction ▶ $ | | | | |
| 12 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | | X |
| 13a | Did the corporation make any payments in 2014 that would require it to file Form(s) 1099 (see instructions)? | | | | X |
| b | If "Yes," did the corporation file or will it file all required Forms 1099? | | | | X |

41177
12-29-14    JWA

Form **1120S** (2014)

2

JOBAR000257

Form 1120S (2014)  JOBAR HOLDING CORP. C/O B. HALIO    **-***288  Page 3

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 21) | 1 | -230. |
| | 2 Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a Other gross rental income (loss) | 3a | |
| | b Expenses from other rental activities (attach statement) | 3b | |
| | c Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 Interest income               STATEMENT 3 | 4 | 29. |
| | 5 Dividends:  a Ordinary dividends | 5a | |
| | b Qualified dividends | 5b | |
| | 6 Royalties | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | 8a | |
| | b Collectibles (28%) gain (loss) | 8b | |
| | c Unrecaptured section 1250 gain (attach statement) | 8c | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) | 9 | |
| | 10 Other income (loss)  (see instructions)  Type ▶ | 10 | |
| **Deductions** | 11 Section 179 deduction (attach Form 4562) | 11 | |
| | 12a Charitable contributions | 12a | |
| | b Investment interest expense | 12b | |
| | c Section 59(e)(2)  (1) Type ▶  expenditures | | |
| | (2) Amount ▶ | 12c(2) | |
| | d Other deductions (see instructions)  Type ▶ | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) | 13a | |
| | b Low-income housing credit (other) | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 13c | |
| | d Other rental real estate  credits (see instructions) Type ▶ | 13d | |
| | e Other rental credits  (see instructions)  Type ▶ | 13e | |
| | f Biofuel producer credit (attach Form 6478) | 13f | |
| | g Other credits (see instructions)  Type ▶ | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession ▶ | | |
| | b Gross income from all sources | 14b | |
| | c Gross income sourced at shareholder level | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Passive category | 14d | |
| | e General category | 14e | |
| | f Other (attach statement) | 14f | |
| | Deductions allocated and apportioned at shareholder level | | |
| | g Interest expense | 14g | |
| | h Other | 14h | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | i Passive category | 14i | |
| | j General category | 14j | |
| | k Other (attach statement) | 14k | |
| | Other information | | |
| | l Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 14l | |
| | m Reduction in taxes available for credit (attach statement) | 14m | |
| | n Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 15a Post-1986 depreciation adjustment | 15a | |
| | b Adjusted gain or loss | 15b | |
| | c Depletion (other than oil and gas) | 15c | |
| | d Oil, gas, and geothermal properties - gross income | 15d | |
| | e Oil, gas, and geothermal properties - deductions | 15e | |
| | f Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | 16a Tax-exempt interest income | 16a | |
| | b Other tax-exempt income | 16b | |
| | c Nondeductible expenses | 16c | |
| | d Distributions (attach statement, if required) | 16d | 1,300,070. |
| | e Repayment of loans from shareholders | 16e | |

411721 12-22-14   JWA

3

Form 1120S (2014)

JOBAR000258

Form 1120S (2014)  JOBAR HOLDING CORP. C/O E. HALIO   ■-■288  Page 4

## Schedule K - Shareholders' Pro Rata Share Items (continued)

| | | Total amount |
|---|---|---|
| 17a Investment income | 17a | |
| b Investment expenses | 17b | 29. |
| c Dividend distributions paid from accumulated earnings and profits | 17c | |
| d Other items and amounts (attach statement) | | |
| 18 Income/loss reconciliation. Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14) | 18 | -201. |

## Schedule L | Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 162,844. | | 3,548. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 4 | | | |
| 7 | Loans to shareholders | | 1,140,975. | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | | | | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (att. stmt.) | | | | |
| 15 | Total assets | | 1,303,819. | | 3,548. |
| | Liabilities and Shareholders' Equity | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (att. stmt.) | | | | |
| 22 | Capital stock | | 73,076. | | 73,076. |
| 23 | Additional paid-in capital | | 47,730. | | 47,730. |
| 24 | Retained earnings | STATEMENT 5 | 1,183,013. | | -117,258. |
| 25 | Adjustments to shareholders' equity (att. stmt) | | | | |
| 26 | Less cost of treasury stock | | | | |
| 27 | Total liabilities and shareholders' equity | | 1,303,819. | | 3,548. |

JWA

Form 1120S (2014)

411731 12-23-14

4

Form 1120S (2014)    JOBAR HOLDING CORP. C/O B. HALIC    ██-████288    Page 5

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

Note: The corporation may be required to file Schedule M-3 (see instructions)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books ......... | -201. | 5 Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7 6a, 6, and 1C, not recorded on books this year (itemize). | | a Tax-exempt interest $ | |
| 3 Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14l (itemize): | | 6 Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize); | |
| a Depreciation $ | | a Depreciation $ | |
| b Travel and entertainment $ | | 7 Add lines 5 and 6 | |
| 4 Add lines 1 through 3 | -201. | 8 Income (loss) (Schedule K, line 18). Line 4 less line 7 | -201. |

## Schedule M-2    Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions)

| | (a) Accumulated adjustments account | (b) Other adjustments account | (c) Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|
| 1 Balance at beginning of tax year | 1,183,013. | | |
| 2 Ordinary income from page 1, line 21 | | | |
| 3 Other additions    STATEMENT 6 | 29. | | |
| 4 Loss from page 1, line 21 | 230.) | | |
| 5 Other reductions | ( ) | ( ) | |
| 6 Combine lines 1 through 5 | 1,182,812. | | |
| 7 Distributions other than dividend distributions | 1,300,070. | | |
| 8 Balance at end of tax year. Subtract line 7 from line 6 | -117,258. | | |

JWA

Form 1120S (2014)

411731
12-23-14

5

JOBAR000260