# EXHIBIT D

**TURMAN & EIDER LLP, CPA'S**
1980 BROADCAST PLAZA
MERRICK, NEW YORK 11566
(516) 868-4877

MEMO

TO:                                           DATE:

                                              SUBJECT:

ROBERT,

ENCLOSED ARE THE AMENDED K-1'S FOR 2014.

I HOPE TO HAVE THE K-1'S FOR 2016 BY THE END OF THE YEAR.

— H. EDERSTEIN

671114

**Schedule K-1
(Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax year beginning _____ ending _____

☐ Final K-1  ☒ Amended K-1    OMB No. 1545-0123

**Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part I  Information About the Corporation

**A** Corporation's employer identification number
****-****288

**B** Corporation's name, address, city, state, and ZIP code
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

**C** IRS Center where corporation filed return
CINCINNATI, OH

### Part II  Information About the Shareholder

**D** Shareholder's identifying number
****-****6834

**E** Shareholder's name, address, city, state and ZIP code
ESTATE OF JOAN BUCK
C/O R. BUCK- 200 CENTRAL PARK SOUTH
NEW YORK, NY 10019

**F** Shareholder's percentage of stock ownership for tax year ........ 30.000000%

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) -69. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income 8. | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | 14 | Foreign transactions | |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured sec 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | |
| | | 17 | Other Information A | 8. |

For IRS Use Only

411271
11-19-14  JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S    *See attached statement for additional information.
IRS.gov/form1120s                                                                   Schedule K-1 (Form 1120S) 2014

15

**Schedule K-1 (Form 1120S)** — 2014
Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

671

☒ Final K-1　☐ Amended K-1　OMB No. 1545-...

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| Box | Item | Amount | Box | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -69. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 8 | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 reduction | | 16 | Items affecting shareholder basis | 390,021 |
| 12 | Other deductions | | | | |
| | | | 17 | Other information | 8 |

### Part I — Information About the Corporation

A. Corporation's employer identification number: **__-___7288**

B. Corporation's name, address, city, state, and ZIP code:
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

C. IRS Center where corporation filed return:
E-FILE

### Part II — Information About the Shareholder

D. Shareholder's identifying number: **___-__6834**

E. Shareholder's name, address, city, state and ZIP code:
ESTATE OF JOAN BUCK
C/O R. BUCK- 200 CENTRAL PARK SOUTH
NEW YORK, NY 10019

F. Shareholder's percentage of stock ownership for tax year .......... 30.000000

For IRS Use Only

JWA For Paperwork Reduction Act Notice, see Instructions for Form 1120S.

Schedule K-1 (For...

13

**Schedule K-1 (Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax year beginning _____ ending _____

☐ Final K-1   ☒ Amended K-1   OMB No. 1545-0123

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

### Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -18. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income   2. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information
A                2. |

### Part I  Information About the Corporation

**A** Corporation's employer identification number
  ██-███7288

**B** Corporation's name, address, city, state, and ZIP code
  JOBAR HOLDING CORP.
  C/O B. HALIO
  257 FOXHURST ROAD
  OCEANSIDE, NY 11572

**C** IRS Center where corporation filed return
  CINCINNATI, OH

### Part II  Information About the Shareholder

**D** Shareholder's identifying number
  ███-██-6509

**E** Shareholder's name, address, city, state and ZIP code
  ROBERT BUCK
  200 CENTRAL PARK SOUTH APT 6Q
  NEW YORK, NY 10019

**F** Shareholder's percentage of stock ownership for tax year ............ 8.000000%

For IRS Use Only

*See attached statement for additional information.

411271 11-19-14   JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2014

10

1

**Schedule K-1 (Form 1120S)**
Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

671114
OMB No. 1545-0123
2014
☐ Final K-1   ☐ Amended K-1

### Part I — Information About the Corporation

**A** Corporation's employer identification number
  ██-███2 80

**B** Corporation's name, address, city, state, and ZIP code
  JOBAR HOLDING CORP.
  C/O B. HALIO
  257 FOXHURST ROAD
  OCEANSIDE, NY 11572

**C** IRS Center where corporation filed return
  E-FILE

### Part II — Information About the Shareholder

**D** Shareholder's identifying number
  ███-██-3728

**E** Shareholder's name, address, city, state and ZIP code
  BARBARA HALIO
  257 FOXHURST ROAD
  OCEANSIDE, NY 11572

**F** Shareholder's percentage of stock ownership for tax year ............ 6.000000

### Part III — Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -14. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends 2. | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis D  76,004. |
| 12 | Other deductions | | |
| | | 17 | Other information 2. |

For Paperwork Reduction Act Notice, see Instructions for Form 1120S.
IRS.gov/form1120s
See attached statement for additional information.
Schedule K-1 (Form 1120S) 2014

671114

| Schedule K-1 (Form 1120S) | **2014** | ☐ Final K-1  ☒ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service  For calendar year 2014, or tax year beginning _____ ending _____ | | **Part III** Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items | |

| | Part III | | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  −18. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income  2. | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | |
| | | 17 | Other information |
| | | A | 2. |

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

**Part I  Information About the Corporation**

A  Corporation's employer identification number
█-████288

B  Corporation's name, address, city, state, and ZIP code
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY  11572

C  IRS Center where corporation filed return
CINCINNATI, OH

**Part II  Information About the Shareholder**

D  Shareholder's identifying number
███-██-6509

E  Shareholder's name, address, city, state and ZIP code
ROBERT BUCK
200 CENTRAL PARK SOUTH APT 6Q
NEW YORK, NY 10019

F  Shareholder's percentage of stock
    ownership for tax year .............. 8.000000%

For IRS Use Only

*See attached statement for additional information.

411271
11-19-14  JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S.    IRS.gov/form1120s    Schedule K-1 (Form 1120S) 2014

10                                                                          1

671114

| Schedule K-1 (Form 1120S) | 2014 | ☐ Final K-1   ☒ Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions.

**Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | Part I  Information About the Corporation | | |
|---|---|---|---|
| A | Corporation's employer identification number  ██-███7288 | | |
| B | Corporation's name, address, city, state, and ZIP code  JOBAR HOLDING CORP.  C/O B. HALIO  257 FOXHURST ROAD  OCEANSIDE, NY 11572 | | |
| C | IRS Center where corporation filed return  CINCINNATI, OH | | |

| | Part II  Information About the Shareholder | |
|---|---|---|
| D | Shareholder's identifying number  ██-███6834 | |
| E | Shareholder's name, address, city, state and ZIP code  ESTATE OF JOAN BUCK  C/O R. BUCK- 200 CENTRAL PARK SOUTH  NEW YORK, NY 10019 | |
| F | Shareholder's percentage of stock ownership for tax year | 30.000000% |

| # | Item | Amount | # | Item | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | -69. | 13 | Credits | |
| 2 | Net rental real estate inc (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4 | Interest income | 8. | | | |
| 5a | Ordinary dividends | | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions | |
| 6 | Royalties | | | | |
| 7 | Net short-term capital gain (loss) | | | | |
| 8a | Net long-term capital gain (loss) | | | | |
| 8b | Collectibles (28%) gain (loss) | | | | |
| 8c | Unrecaptured sec 1250 gain | | | | |
| 9 | Net section 1231 gain (loss) | | | | |
| 10 | Other income (loss) | | 15 | Alternative min tax (AMT) items | |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis | |
| 12 | Other deductions | | | | |
| | | | 17 | Other Information  A | 8. |

For IRS Use Only

411271
11-19-14   JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1120S

*See attached statement for additional information.
IRS.gov/form1120s

Schedule K-1 (Form 1120S) 2014

15

671

**Schedule K-1 (Form 1120S)**
Department of the Treasury
Internal Revenue Service

**2014**

For calendar year 2014, or tax year beginning _____ ending _____

Shareholder's Share of Income, Deductions, Credits, etc. ▶ See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-

**Part III   Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -69. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income 8 | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 reduction | 16 | Items affecting shareholder basis D 390,021 |
| 12 | Other deductions | | |
| | | 17 | Other information A 8 |

**Part I   Information About the Corporation**

A  Corporation's employer identification number
■■-■■■288

B  Corporation's name, address, city, state, and ZIP code
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

C  IRS Center where corporation filed return
E-FILE

**Part II   Information About the Shareholder**

D  Shareholder's identifying number
■■■-■■6834

E  Shareholder's name, address, city, state and ZIP code
ESTATE OF JOAN BUCK
C/O R. BUCK- 200 CENTRAL PARK SOUTH
NEW YORK, NY 10019

F  Shareholder's percentage of stock ownership for tax year .......... 30.000000%

*See attached statement for additional information

For IRS Use Only

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   IRS.gov/form1120s   Schedule K-1 (For

13

671114

# Schedule K-1 (Form 1120S) 2014

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____ ending _____

**Shareholder's Share of Income, Deductions, Credits, etc.** ► See separate instructions.

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

## Part III  Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) -14. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends 2. | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative min tax (AMT) items |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis D  76,004. |
| 12 | Other deductions | | |
| | | 17 | Other information A  2. |

## Part I  Information About the Corporation

**A** Corporation's employer identification number
■■-■■■■288

**B** Corporation's name, address, city, state, and ZIP code
JOBAR HOLDING CORP.
C/O B. HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

**C** IRS Center where corporation filed return
E-FILE

## Part II  Information About the Shareholder

**D** Shareholder's identifying number
■■■-■■-3728

**E** Shareholder's name, address, city, state and ZIP code
BARBARA HALIO
257 FOXHURST ROAD
OCEANSIDE, NY 11572

**F** Shareholder's percentage of stock ownership for tax year ........ 6.000000%

For IRS Use Only

* See attached statement for additional information.

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.   IRS.gov/form1120s   Schedule K-1 (Form 1120S) 2014

15

4