UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
JOBAR HOLDING CORPORATION, ROBERT BUCK, Individually, and ROBERT BUCK, as Executor of the Estate of JOAN BUCK, and ROBERT BUCK, individually and ROBERT BUCK, As Executor of the Estate of JOAN BUCK, derivatively as shareholders on behalf of JOBAR HOLDING CORPORATION,

**Case No.: 1:23-cv-11217 (JGLC) (GS)**

**NOTICE OF APPEAL**

Plaintiffs,

-against-

DAVID HALIO,

Defendant.
------------------------------------------------------------------------X

Notice is hereby respectfully given that Dr. David Halio, the Defendant in the above-named case, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the Hon. Jessica G.L. Clarke, U.S.D.J. ("Judge Clarke") dated September 30, 2024, limited to Judge Clarke's denial of the Defendant's motion for sanctions against Plaintiffs and their counsel.

Dated: Jamaica, New York
       October 27, 2024

Respectfully submitted,

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Dr. David Halio*

**VIA ECF**
Scarinci & Hollenbeck, LLC
<u>Attn</u>: Dan Brecher, Esq.
519 Eighth Avenue, 25th Floor
New York, NY 10018
(212) 286-0747 (office)
(917) 861-5057 (cellular)
(212) 808-4155 (facsimile)
dbrecher@sh-law.com

*Attorneys for Plaintiffs*