# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of October, two thousand twenty-five.

| | |
|---|---|
| Jobar Holding Corporation, Robert Buck, Individually, | **STATEMENT OF COSTS** |
| Plaintiffs - Appellees, | Docket No. 24-2879 |
| v. | |
| David Halio, | |
| Defendant - Appellant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 02, 2025

IT IS HEREBY ORDERED that costs are taxed in the amount of $186.20 in favor of the Appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/01/2025